# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
December 27, 2022

Lyle W. Cayce
Clerk

No. 22-10380
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Adriana Colunga,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-398-1

_____

Before Wiener, Elrod, and Engelhardt, *Circuit Judges.*

Per Curiam:[*]

Counsel for Defendant-Appellant Adriana Colunga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10380

Colunga has not filed a response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.

Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.